838

Benjamin MURRELL

v.

STATE

CR-14-0138

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/27/2015

Affirmed

Joseph Lee MURPHY

v.

STATE

CR-14-0139

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Daniel Lamar HATCHER

v.

STATE

CR-14-0141

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

EX PARTE Curtis J. COOK, Jr.

CR-14-0144

Court of Criminal Appeals of Alabama.

03/12/2015

Transferred to Ct. of Civ. App.

Kelvin FIELDS

v.

ALABAMA DEP'T OF CORR.

CR-14-0152

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Carlton L. ADAMS

v.

ALABAMA DEP'T OF CORR.

CR-14-0153

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed